**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**RELATED CASE ORDER**

An Administrative Motion to Consider Whether Cases Should Be Related has been filed, requesting a determination as to whether the following cases are related within the meaning of Civil L.R. 3-12(a):

| | |
|---|---|
| **C 12-2662 MMC** | **Spatz, et al. v. Facebook, Inc., et al.** |
| **C 12-2666 MMC** | **Offner v. Facebook, Inc., et al.** |
| **C 12-2680 MMC** | **Chang, et al. v. Facebook, Inc., et al.** |
| **C 12-2815 MMC** | **Gregory v. Facebook, Inc., et al.** |
| **C 12-3195 SBA** | **Lapin v. Facebook, Inc., et al.** |
| **C 12-3196 LHK** | **DeMois. Jr. v. Facebook, Inc. et al.** |
| **C 12-3197 EMC** | **Pilgram v. Facebook, Inc., et al.** |
| **C 12-3198 YGR** | **Alfonso v. Facebook, Inc., et al.** |
| **C 12-3199 JSW** | **Lazar v. Facebook, Inc., et al.** |
| **C 12-3200 RS** | **Shierry v. Facebook, Inc., et al.** |
| **C 12-3201 CW** | **Cuker, et al. v. Facebook, Inc., et al.** |
| **C 12-3202 EMC** | **Lieber v. Facebook, Inc., et al.** |
| **C 12-3203 YGR** | **Stokes v. Facebook, Inc., et al.** |

On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

[ ] **ARE NOT RELATED** as defined by Civil L.R. 3-12(a).

[ X ] **ARE RELATED** as defined by Civil L.R. 3-12(a).

Counsel are instructed that all future filings in the reassigned cases are to bear the initials **MMC** immediately after the case number. Any case management conference in the reassigned cases will be rescheduled by the Court. Any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the undersigned; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the undersigned.

**DATED**: June 28, 2012

MAXINE M. CHESNEY
United States District Judge